**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James W. Ramey, | ) | |
| Plaintiff, | ) | No. CV-06-2131-PHX-PGR |
| vs. | ) | |
| | ) | <u>ORDER</u> |
| Gordon Trucking, Inc., et al., | ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' Joint Motion to Continue Scheduling Conference (doc. #12) is granted to the extent that the Scheduling Conference set for December 11, 2006 is vacated, as is the deadline for filing the Joint Case Management Report, both to be reset if necessary after the resolution of Plaintiff's Motion Pursuant to 28 U.S.C. § 1447(c) for Remand to State Court.

DATED this 20th day of November, 2006.

_/s/ Paul G. Rosenblatt_
Paul G. Rosenblatt
United States District Judge