**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Ramey,<br><br>          Plaintiff,<br>     vs.<br><br>Gordon Trucking, Inc., et al.,<br><br>          Defendants. | No. CV-06-2131-PHX-PGR<br><br>ORDER |

On October 24, 2007, the defendants filed a Notice of Non-Parties at Fault (doc. #44) pursuant to A.R.S. § 12-2506(B), wherein they designated Dr. Bruce Long and Colonial Surgical Associates, and unidentified staff thereof, and Dr. Steven Newman and the University of Virginia, UVA-Dept. of Ophthalmology, and other unidentified staff thereof, as non-parties at fault for causing some or all of the plaintiff's injuries. On October 31, 2007, the plaintiff filed a Motion to Amend Scheduling Order (doc. #49), wherein he seeks a six-month extension of the deadline for amending his complaint so that he can conduct discovery regarding the designated non-parties at fault.

Before it can consider the merits of the plaintiff's motion, the Court must determine whether the defendants' designation of non-parties at fault was properly filed. Ariz.R.Civ.P. 26(b)(5), the rule that implements § 12-2506(B),

1  generally requires for purposes of this action that a designation of a non-party at
2  fault by a defendant must be filed no later than 150 days after that defendant filed
3  its answer in order for the designation to be considered to be timely filed.  *See*,
4  <u>Wester v. Crown Controls Corp.</u>, 974 F.Supp. 1284, 1286-88 (D.Ariz. 1006)
5  (Court struck designation of non-parties at fault pursuant to Ariz.R.Civ.P. 26(b)(5)
6  for being untimely filed); <u>Daly v. Royal Ins. Co. of America</u>, 2002 WL 1768887, at
7  *16-18 (D.Ariz. July 17, 2002) (Same).

8       A review of the record establishes that defendant Gordon Trucking, Inc.
9  filed its answer on August 9, 2006, according to the defendants' Notice of
10 Removal, and defendant Ashworth filed his answer on October 13, 2006.  Since
11 the defendants' designation of non-parties at fault was filed considerably more
12 than 150 days after their answers were filed, the Court will require the defendants
13 to show cause in writing why their designation should not be stricken from the
14 record as being untimely filed.  Therefore,

15      IT IS ORDERED that the defendants shall show cause in writing no later
16 than **November 16, 2007** why their Notice of Designation of Non-Parties at Fault
17 (doc. #44) should not be stricken from the record as being untimely filed pursuant
18 to Ariz.R.Civ.P. 26(b)(5).   The plaintiff shall have ten business days after service
19 of the defendants' OSC memorandum in which to file a response, if any, thereto.
20 No reply by the defendants shall be filed unless the Court directs that a reply be
21 filed.

22      IT IS FURTHER ORDERED that the plaintiff's Motion to Amend Scheduling
23 Order (doc. #49) is stayed pending the Court's resolution of the issue of the
24 /  /  /
25 /  /  /
26

1 | timeliness of the defendants' Notice of Designation of Non-Parties at Fault.

2 | DATED this 1st day of November, 2007.

*[signature]*
Paul G. Rosenblatt
United States District Judge