**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Ramey,<br><br>      Plaintiff,<br>vs.<br><br>Gordon Trucking, Inc., et al.,<br><br>      Defendants. | No. CV-06-2131-PHX-PGR<br><br>ORDER |

    The parties' having filed a Joint Notice of Settlement (doc. #57),

    IT IS ORDERED that the plaintiff's Motion to Amend Scheduling Order (doc. #49) is denied as moot.

    IT IS FURTHER ORDERED that the Pretrial Conference set for July 28, 2008 is vacated.

    IT IS FURTHER ORDERED that a status conference is set for Monday, December 17, 2007, at 1:30 p.m., in Courtroom 601, to be automatically vacated by the filing prior thereto of the parties' stipulation for dismissal.

    DATED this 3rd day of December, 2007.

Paul G. Rosenblatt
United States District Judge