**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W. Ramey,<br><br>      Plaintiff,<br>vs.<br><br>Gordon Trucking, Inc., et al.,<br><br>      Defendants. | No. CV-06-2131-PHX-PGR<br><br>ORDER |

The parties having filed a Stipulation for Dismissal With Prejudice (doc. #59) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 11th day of December, 2007.

*[signature]*

Paul G. Rosenblatt
United States District Judge